1    **WO**

2

3

4

5

6    IN THE UNITED STATES DISTRICT COURT

7    FOR THE DISTRICT OF ARIZONA

8

9    Oscar Martinez-Encinas,           )    CASE NO.  06-CV-0047-TUC-FRZ
                                          )                 04-CR-1803-TUC-FRZ

10              Petitioner,           )
                                            )    **ORDER**

11    vs.                                     )
                                            )

12                                             )
   United States of America,        )

13              Respondent.        )

14                                             )
                                            )

15

16       Petitioner has filed a "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

17    Sentence by a Person in Federal Custody."

18

19       Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States

20    District Courts provides, in relevant part, that

21                  [i]f it plainly appears from the motion, any attached exhibits,
                 and the record of prior proceedings that the moving party is not

22                  entitled to relief, the judge must dismiss the motion and direct
                 the clerk to notify the moving party.

23
   28 U.S.C. foll. § 2255.

24

25

26                                  **Background**

27       Pursuant to a plea agreement, Petitioner entered a plea of guilty to the Indictment,

28    which charged him with entering and being found in the United States after having been

1  denied admission, excluded, deported, and removed from the United States, and not having

2  obtained the express consent of the Attorney General or the Secretary of the Department of

3  Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C.

4  § 1326, enhanced by 8 U.S.C. § 1326(b)(2).

5  Pursuant to the plea agreement, Petitioner waived "any and all motions, defenses,

6  probable cause determinations, and objections which [he] could assert to the information or

7  indictment or to the Court's entry of judgment against [him] and imposition of sentence upon

8  [him] providing the sentence is consistent with [the plea] agreement."  In addition, Petitioner

9  waived "any right to collaterally attack [his] conviction and sentence under Title 28, United

10  States Code, Section 2255, or any other collateral attack."

11  The plea agreement provided for a sentencing range of 30-78 months, depending on

12  Petitioner's criminal history, for a Level 24 Offense.  The Court imposed a sentence of fifty-

13  seven months, the lowest possible sentence under the plea agreement for Petitioner's

14  Criminal History Category V.

15  **Discussion**

16  In his motion, Petitioner seeks a reduction of his sentence to thirty-seven months.  He

17  contends "I signed an agreement from 30-37 months and I received 57 months.  I feel the

18  Gov. didn't meet their end of the bargain."

19  First, Petitioner's claim for a sentence reduction is waived because, in the plea

20  agreement, Petitioner waived "any right to collaterally attack [his] conviction and sentence

21  under Title 28, United States Code, Section 2255."

22  Second, Petitioner's claim lacks merit.  He signed a plea agreement that provided for

23  a sentencing range of 30-37 months *if* he had a Criminal History Category **I**.  He did not.

24  He had a Criminal History Category **V** because he had three felony convictions, committed

25  the current offense while under a criminal justice sentence, and committed the current

26  offense less than two years following his release from imprisonment.  The range under the

27  plea agreement for a Criminal History Category V was 57-71 months.  Petitioner received

28  57 months.  The government did not fail to "meet their end of the bargain."

1

**Conclusion**

2       Accordingly,

3

4       **IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #20 in

5   CR-04-1803-TUC-FRZ) is **DENIED** and this case (CV-06-47-TUC-FRZ) is **DISMISSED**.

6

7       **IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SERVE** a copy

8   of the Motion and this Order on Respondent and **SHALL SERVE** a copy of this Order on

9   Petitioner.

10

11      DATED this 21st day of February, 2006.

12

13

14      FRANK R. ZAPATA

15      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -