WO

*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar Martinez-Encinas,<br><br>Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) JUDGMENT IN A CIVIL CASE<br>)<br>) Case: CV-06-00047-TUC-FRZ<br>)         CR-04-01803-TUC-FRZ<br>) |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #20 in CR-04-1803-TUC-FRZ) is **DENIED** and this case (CV-06-47-TUC-FRZ) is **DISMISSED.**

February 21, 2006                           RICHARD H. WEARE
Date                                                    CLERK


                                                           S/ *M.  Michelle Mejia*

                                                             M.  Michelle Mejia
                                                                Deputy Clerk


Copies to:
J/B, FRZ, Martinez-Encinas, all Counsel